OTTO KADERAVEK, Appellant, v. LOUIS FUETTERER and HENRY HUERLANDER,

Respondents.— Order affirmed, with ten dollars costs and disbursements. Plaintiff did not seasonably make a motion to amend the verdict and now his only remedy is to move to set aside the verdict and for a new trial. (*MacDonald* v. *Kusch*, 188 App. Div. 491.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.